**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PRECIOUS FAME, an individual, | Case No. 2:23-cv-02147-ART-NJK |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| NUGENT LLC d/b/a GREAT CLIPS, | |
| Defendant. | |

Plaintiff Precious Fame ("Plaintiff") and Defendant Nugent LLC d/b/a Great Clips ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 20th day of June, 2024.

| FISHER& PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD |
|---|---|
| /s/ Elizabeth Anne Hanson | /s/ Trevor J. Hatfield |
| Scott M. Mahoney, Esq. | Trevor J. Hatfield, Esq. |
| Elizabeth Anne Hanson, Esq. | 703 S. Eighth Street |
| 300 South Fourth Street, Suite 1500 | Las Vegas, NV  89101 |
| Las Vegas, NV  89101 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2024

FP 51004356.1